# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-164
_____

CAROL ANN CONTOS,

Appellant,

v.

PHILIP DAVID LYNN,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jack Schemer, Judge.

December 18, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Carol Ann Contos, pro se, Appellant.

Philip David Lynn, pro se, Appellee.